**Fill in this information to identify your case:**

Debtor 1 __David W. Wagner__
          First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: _____ District of __Rhode Island__

Case number
(if known) _____

01-17 '18 AM11:16

☐ Check if this is an amended filing

## Official Form 103B
# Application to Have the Chapter 7 Filing Fee Waived      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
*Your family* includes you, your spouse, and any dependents listed on *Schedule J: Your Expenses* (Official Form 106J).

Check all that apply:
☑ You
☑ Your spouse
☑ Your dependents   __2__        __4__
              How many dependents?   Total number of people

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

**Your family's average monthly net income**

That person's average monthly net income (take-home pay)

You ............... $ __0__

Your spouse .... + $ __743.00__

Subtotal ........... $ __743.00__

&minus; $ __0__

Total ............... $ __743.00__

**3. Do you receive non-cash governmental assistance?**
☐ No
☑ Yes. Describe..........

Type of assistance
__Medicaid__

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☑ No
☐ Yes. Explain............

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

__Lack of funds for initial installment__

Debtor 1  David W. Wagner
         First Name  Middle Name  Last Name

Case number (if known) _____

## Part 2: Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**
   Include amounts paid by any government assistance that you reported on line 2.
   $ 8,140.16

   If you have already filled out *Schedule J, Your Expenses,* copy line 22 from that form.

7. **Do these expenses cover anyone who is not included in your family as reported in line 1?**
   ☑ No
   ☐ Yes. Identify who........

8. **Does anyone other than you regularly pay any of these expenses?**
   ☑ No
   ☐ Yes. How much do you regularly receive as contributions? $_____ monthly

   If you have already filled out *Schedule I: Your Income,* copy the total from line 11.

9. **Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
   ☑ No
   ☐ Yes. Explain ................

## Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    Examples: Money you have in your wallet, in your home, and on hand when you file this application
    Cash:  $ 20.00

11. **Bank accounts and other deposits of money?**
    Examples: Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    Institution name:
    Checking account: Silicon Valley Bank          Amount: $ 3.00
    Savings account: _____                $_____
    Other financial accounts: _____                $_____
    Other financial accounts: _____                $_____

12. **Your home?** (if you own it outright or are purchasing it)
    Examples: House, condominium, manufactured home, or mobile home
    
    55  Downing Street
    Number  Street
    East Greenwich, RI  02818
    City    State   ZIP Code
    
    Current value: $ 752,161.60
    Amount you owe on mortgage and liens: $ 752,161.60

13. **Other real estate?**
    none
    Number Street
    _____
    City    State   ZIP Code
    
    Current value: $_____
    Amount you owe on mortgage and liens: $_____

14. **The vehicles you own?**
    Examples: Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats
    
    Make: _____
    Model: _____    none
    Year: _____
    Mileage: _____
    Current value: $_____
    Amount you owe on liens: $_____
    
    Make: _____
    Model: _____
    Year: _____
    Mileage: _____
    Current value: $_____
    Amount you owe on liens: $_____

Debtor 1 __David W. Wagner__  Case number (if known) _____
    First Name   Middle Name   Last Name

**15. Other assets?**
Do not include household items and clothing.

Describe the other assets:
none

Current value: $ 0
Amount you owe on liens: $ ____

**16. Money or property due you?**
*Examples*: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers' compensation, personal injury recovery

Who owes you the money or property?
none

How much is owed? $ 0
$ ____

Do you believe you will likely receive payment in the next 180 days?
☐ No
☐ Yes. Explain:

---

**Part 4: Answer These Additional Questions**

**17.** Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?

☑ No
☐ Yes. Whom did you pay? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much did you pay?
$ ____

**18.** Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?

☑ No
☐ Yes. Whom do you expect to pay? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much do you expect to pay?
$ ____

**19.** Has anyone paid someone on your behalf for services for this case?

☑ No
☐ Yes. Who was paid on your behalf? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

Who paid? Check all that apply:
☐ Parent
☐ Brother or sister
☐ Friend
☐ Pastor or clergy
☐ Someone else _____

How much did someone else pay?
$ ____

**20.** Have you filed for bankruptcy within the last 8 years?

☑ No
☐ Yes. District _____ When __/__/____ Case number _____
District _____ When __/__/____ Case number _____
District _____ When __/__/____ Case number _____

---

**Part 5: Sign Below**

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

X _[signature]_  X _____
Signature of Debtor 1  Signature of Debtor 2

Date January 12, 2018  Date _____
MM / DD / YYYY  MM / DD / YYYY

Official Form 103B     Application to Have the Chapter 7 Filing Fee Waived     page 3

**Fill in this information to identify your case:**

Debtor 1  __David__  __W.__  __Wagner__
         First Name   Middle Name   Last Name

Debtor 2  _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | Number   Street | Number   Street |
| | City   State   ZIP Code | City   State   ZIP Code |
| How long employed there? | | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0 | $ 875.00 |
| 3. Estimate and list monthly overtime pay. | 3. +$ ____ | +$ 0 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. $ 0 | $ 875.00 |

Official Form 106I                                Schedule I: Your Income                                page 1

Debtor 1 _____    Case number (if known)_____
           First Name    Middle Name    Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................................➔ | 4. | $ 0 | $ 875.00 |

5. **List all payroll deductions:**

|  |  | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $_____ | $ 132.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. Insurance | 5e. | $_____ | $_____ |
| 5f. Domestic support obligations | 5f. | $_____ | $_____ |
| 5g. Union dues | 5g. | $_____ | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | +$_____ | +$_____ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $_____ | $ 132.00 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0 | $ 743.00 |

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0    $ 0

   8b. **Interest and dividends**    8b.    $ 0    $ 0

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0    $ 0

   8d. **Unemployment compensation**    8d.    $ 0    $ 0

   8e. **Social Security**    8e.    $ 0    $ 0

   8f. **Other government assistance that you regularly receive**
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: _____    8f.    $ 0    $ 0

   8g. **Pension or retirement income**    8g.    $ 0    $ 0

   8h. **Other monthly income.** Specify: _____    8h.    +$ 0    +$ 0

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 0    $ 0

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 0  +  $ 743.00  =  $ 743.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____    11. + $ 0

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.    $ 743.00
    **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
    ☒ No.
    ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 __David__ __W.__ __Wagner__
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**       ☐ No
   Do not list Debtor 1 and         ■ Yes. Fill out this information for each dependent.
   Debtor 2.
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 22 | ☐ No ■ Yes |
   | Daughter | 20 | ☐ No ■ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☐ No   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 4,660.16

   If not included in line 4:

   4a. Real estate taxes                                             4a. $ _____
   4b. Property, homeowner's, or renter's insurance                  4b. $ _____
   4c. Home maintenance, repair, and upkeep expenses                 4c. $ _____
   4d. Homeowner's association or condominium dues                   4d. $ _____

Debtor 1 __David W. Wagner__  Case number (if known) _____
First Name  Middle Name  Last Name

Your expenses

5. Additional mortgage payments for your residence, such as home equity loans  5. $_____

6. Utilities:
   6a. Electricity, heat, natural gas  6a. $ 600.00
   6b. Water, sewer, garbage collection  6b. $ 200.00
   6c. Telephone, cell phone, Internet, satellite, and cable services  6c. $ 600.00
   6d. Other. Specify: _____  6d. $_____

7. Food and housekeeping supplies  7. $ 1,200.00

8. Childcare and children's education costs  8. $_____

9. Clothing, laundry, and dry cleaning  9. $ 200.00

10. Personal care products and services  10. $ 100.00

11. Medical and dental expenses  11. $ 300.00

12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.  12. $ 200.00

13. Entertainment, clubs, recreation, newspapers, magazines, and books  13. $_____

14. Charitable contributions and religious donations  14. $ 80.00

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance  15a. $_____
    15b. Health insurance  15b. $_____
    15c. Vehicle insurance  15c. $_____
    15d. Other insurance. Specify: _____  15d. $_____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____  16. $_____

17. Installment or lease payments:
    17a. Car payments for Vehicle 1  17a. $_____
    17b. Car payments for Vehicle 2  17b. $_____
    17c. Other. Specify: _____  17c. $_____
    17d. Other. Specify: _____  17d. $_____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).  18. $_____

19. Other payments you make to support others who do not live with you.
    Specify: _____  19. $_____

20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.
    20a. Mortgages on other property  20a. $_____
    20b. Real estate taxes  20b. $_____
    20c. Property, homeowner's, or renter's insurance  20c. $_____
    20d. Maintenance, repair, and upkeep expenses  20d. $_____
    20e. Homeowner's association or condominium dues  20e. $_____

Debtor 1 __David W. Wagner__
      First Name    Middle Name    Last Name

Case number (if known) _____

21. Other. Specify: _____     21. +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.     22a. $ 8,140.16

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b. $ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c. $ 8,140.16

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a. $ 743.00

    23b. Copy your monthly expenses from line 22c above.     23b. −$ 8,140.16

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.     23c. −$ 7,397.16

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.     Explain here:

UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF RHODE ISLAND

R.I. Local Form 1006-1.1  
(Rev. 12/1/2013)

------------------------------x  
In re: David W. Wagner : BK No.  
: Chapter 7  
:  
------------------------------x

### SUPPLEMENTAL INCOME AND EXPENSE INFORMATION FOR FEE WAIVER APPLICATION

In order for the Court to consider and act on an Application for Waiver of the Chapter 7 Filing Fee, the debtor(s) must also file Schedules I and J with the Application, in addition to this supplemental income and expense form.

A. SOURCE OF INCOME OF INDIVIDUAL DEBTOR(S)

1. Source of income (i.e., wages, commissions, social security, unemployment, disability, pension).

    _____none_____.

2. If the attorney, petition preparer or other person or entity was paid to represent the debtor(s) in this bankruptcy case, provide the source of the payment to the attorney (i.e., wages, social security, unemployment, borrowed funds - such as from a friend or relative).

    _____.

B. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

1. Recreation, clubs and entertainment, newspapers, magazines, etc.

    *List each specific recreation item separately and the monthly expense:*

    none                          $ 0  
    _____              $_____  
    _____              $_____  
    _____              $_____

### DECLARATION CONCERNING DEBTOR'S SUPPLEMENTAL INCOME AND EXPENSE ADDENDUM

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I (we) declare under penalty of perjury that I (we) cannot currently afford to pay the filing fee in full or in installments and that the foregoing information is true and correct. I (we) further declare under penalty of perjury that I(we) have read the foregoing expense information and that it is true and correct to the best of my knowledge, information, and belief.

Date January 17, 2018                    Signature _____  
                                                                     Debtor

Date _____           Signature _____  
                                                                     Joint Debtor, if any