BK 1173 PG 148

# RHODE ISLAND

PREPARED BY SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
SECURITY CONNECTIONS INC.
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401
PH:(208)528-9895
ATT: TERRILL NIELSON

TOWN OF *EAST GREENWICH*
Loan.No **REDACTED**

Pool.No
**REDACTED**

Space above for recorder's use

Assignment-Interv.-Recorded

## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, **SAND CANYON CORPORATION F/K/A OPTION ONE MORTGAGE CORPORATION,**

located at *1525 S. BELTLINE RD., COPPELL, TX 75019*
does hereby grant, assign, transfer and set over unto **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5,**

located at  *1761 EAST ST. ANDREW PLACE   SANTA ANA, CA 92705-4934*
its successors and assigns a certain Mortgage or Deed of Trust dated **MAY 25, 2006**
executed by **DAVID W. WAGNER**
as Grantor(s),
and recorded in Volume *834*  Page No. *173*  Instrument No. *001548*
of the Mortgage or Deed of Trust records in the office of the Town Clerk in the
Town of **EAST GREENWICH**  State of Rhode Island on the *31st* day of *MAY 2006*
Time of recording *8:53AM*.
Property Address: *55 DOWNING ST TOWN OF EAST GREENWIC, RI 02818*


REDACTED

(NMRI.RI)  Page 1 of 2
**REDACTED**  **REDACTED**

12 OCT 10 AM 9:23 ...... East Greenwich, RI

Loan.No REDACTED

TOGETHER with all rights accrued or to accrue to said MORTGAGE OR DEED OF TRUST.

DATED **SEPTEMBER 5, 2012**.

**SAND CANYON CORPORATION F/K/A OPTION ONE MORTGAGE CORPORATION**

_____  _____
Witness, **KYLEE JENSEN**     **VICKIE SORG**
                              **VICE PRESIDENT**


_____
Witness, **CRISTINA HUITRON**


STATE OF **IDAHO**        )
                          ) ss
COUNTY OF **BONNEVILLE**  )

On **SEPTEMBER 5, 2012**, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **VICKIE SORG** known to me to be the person who executed the within instrument as the **VICE PRESIDENT**, and _____ known to me to be the person who executed the within instrument as the _____ of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors. WITNESS my hand and official seal.

_____
**EMMETT GREEN** (COMMISSION EXP. 05-31-18)
NOTARY PUBLIC

EMMETT GREEN
NOTARY PUBLIC
STATE OF IDAHO

(NMRI.RI.2)                Page 2 of 2


REDACTED        REDACTED