**Altisource**
YOUR ONE SOURCE

**Borrower:** W Wagner, David

**Address:** 55 Downing St, East Greenwich, RI 02818



Date of Report: 12/07/2017
Loan Id:
Product:

| | Property Characteristics | |
|---|---|---|
| | **Vendor Opinion** | **Reconciled Opinion** |
| Property Type | Single Family Residence | Single Family Residence |
| GLA | 3372 | 3424 |
| Bedroom (count) | 4 | 5 |
| Bathroom (count) | 4 | 3 |
| Half-Bathroom (count) | 1 | 1 |
| Age | 42 | 42 |
| Condition | G-Good | A-Average |
| View | Typical | Typical |
| Location | Suburban | Suburban |
| Occupancy | Owner | Owner |
| Lot Size | 58370 | 58370 |
| Average Months in Market | | 4 |
| 30 Day (Quick Sale) As-Is Price | 530000 | |
| Normal Market Time As-Is | 530000.00 | |
| As-Repaired Price | 530000 | |
| **Reconciled Market Value:** | **$530000.00** | |

**Altisource**
YOUR ONE SOURCE

| **Review Comments:** |
|---|

A re-review was completed on the 2055 dated 11/06/2017. The subject was reported to be in Average condition and was reportedly owner occupied. A review of the 2055 subject photos depict the subject to be in average exterior condition as of the date of the 2055. Subject property is located in a suburban Greenwich RI 02818. It is an occupied single family residence built in 1975 with a GLA of 3,424 sq. ft. in average condition with 9 rooms, 5 bedrooms, 3.5 baths, partially finished basement on a 1.34 acres lot. The property has 3 car attached garage, Pool. Property characteristics were reconciled using the Origination Appraisal and recent photographs. 2055 described the property similarly. According to 2055 and online sources the subject has not sold in the past 36 months and is not currently listed for sale. Research indicates that the subject property is located close proximity to interstate highway, The Subject property and all the comparables used for value support are from the same neighborhood having similar external factors. The subject property and all the comparables used for value support are from the same neighborhood having similar external factors. Collateral Analytics report indicates the market is increasing. There is limited REO activity in the immediate market area. The 2055 reports market values are stable in the past 12 months, there is a in balance supply of available properties, and marketing times were reported as under 3 months. The 2055 provided comps are located within 0.95 miles from the subject. The following supportive comparables were considered to establish a reliable reconciled value: 160 Tamarack Dr, East Greenwich, RI 02818 Sale price - $ 545,000, Date of Sale – 6/28/2017, Distance 0.06 miles, single family GLA – 3,074 sq. ft. Bed - 4 , Bath – 2.5 Year Built - 1966 , Lot size – 31,594 sq. ft, average condition. Data source - Sale comparable from current 2055 45 Devon Ct, East Greenwich, RI 02818 Sale price - $ 540,000, Date of Sale – 8/4/2017, Distance 0.17 miles, single family GLA – 3,318 sq. ft. Bed - 4 , Bath – 2.5 Year Built - 1975 , Lot size – 30,962 sq. ft, average condition. Data source - Sale comparable from current 2055 The above comparable support the Appraiser value of $530,000. There is no significant variance from the prior reviewed value .