**Fill in this information to identify the case:**

Debtor name  **Downing Investment Partners, LP**

United States Bankruptcy Court for the:  DISTRICT OF RHODE ISLAND

Case number (if known)  **18-11423**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 28, 2018**          X */s/ Stacy B. Ferrara*
                                       Signature of individual signing on behalf of debtor

                                       **Stacy B. Ferrara**
                                       Printed name

                                       **Court Appointed Trustee**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Downing Investment Partners, LP**

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known)   **18-11423**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ _____ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $ _____ **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ _____ **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$ _____ **0.00**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b
    $ _____ **0.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Downing Investment Partners, LP**

United States Bankruptcy Court for the: DISTRICT OF RHODE ISLAND

Case number (if known) **18-11423**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Downing Investment Partners, LP** | Case number *(If known)* **18-11423** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Miscellaneous Office Equipment in Storage** | **Unknown** | | **Unknown** |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Downing Investment Partners, LP** | Case number *(If known)* **18-11423** |
|---|---|---|
| | Name | |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**
   **Unknown Interest in Series B and Series C
   Units in 3si System, LLC**                    **Unknown**                          **Unknown**

65. **Goodwill**

66. **Total of Part 10.**                                                   | **$0.00** |

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
   has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
   every nature, including counterclaims of the debtor and rights to
   set off claims**

Debtor    **Downing Investment Partners, LP**                          Case number *(If known)*  **18-11423**
         Name

**Possible Fraudulent Conveyance Claim regarding 2017 court order sale of 1% interest in Med Robotics stock to satisfy judgment obtained against the Debtor in the following matters:**

**Paul D. Giroux v. David Wagner, Downing Investment Partners, LP, Downing Partners, LLC, IVC Healthcom, LLLC and Cliniflow Technologies, LLC, Judgment No. N17J-00001**

**Douglas P. Regula v. David Wagner, Downing Investment Partners, LP, Downing Partners, LLC, IVC Healthcom,LLC, and Cliniflow Technologies, LLC, Judgment No. N17J**

|  |  |
|---|---|
|  | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

---

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | **Downing Investment Partners, LP** | Case number *(If known)* **18-11423** |
|--------|--------------------------------------|----------------------------------------|
|        | Name                                 |                                        |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Downing Investment Partners, LP**

United States Bankruptcy Court for the:    DISTRICT OF RHODE ISLAND

Case number (if known)    **18-11423**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

     ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **Downing Investment Partners, LP**

United States Bankruptcy Court for the:  DISTRICT OF RHODE ISLAND

Case number (if known)  **18-11423**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3si Systems, LLC**
**c/o Sanford P. Rosen**
**747 Third Avenue**
**New York, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Hatch**
**19 Andrea Lane**
**Norwich, CT 06360**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Lazar**
**21 Hemlock Road**
**Andover, MA 01810**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barry Keenan**
**Equity Trust Company**
**26949 Redwood Bluff Lane**
**Stevenson Ranch, CA 91381**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Downing Investment Partners, LP** | Case number (if known) | **18-11423** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ben Khosvari** | ☐ Contingent | |
| | **8100 Gaylord Parkway** | ☐ Unliquidated | |
| | **Unit 1224** | ☐ Disputed | |
| | **Frisco, TX 75034** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Bill Flecky** | ☐ Contingent | |
| | **1788 Ridgetrail Lane** | ☐ Unliquidated | |
| | **Castle Rock, CO 80104** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Brent Barbara** | ☐ Contingent | |
| | **Pinecrest Holdings, LLC** | ☐ Unliquidated | |
| | **63 Pinecrest Drive** | ☐ Disputed | |
| | **Woodcliff Lake, NJ 07677** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Brett Giffin** | ☐ Contingent | |
| | **Equity Trust Company** | ☐ Unliquidated | |
| | **46 Lake Drive** | ☐ Disputed | |
| | **Mountain Lakes, NJ 07046** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Brian Woodbury** | ☐ Contingent | |
| | **2017 Westbourne Way** | ☐ Unliquidated | |
| | **Alpharetta, GA 30022** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **CAC, LLC** | ☐ Contingent | |
| | **4350 Lajolla Village Drive** | ☐ Unliquidated | |
| | **Suite 320** | ☐ Disputed | |
| | **San Diego, CA 92122** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cliniflow Technologies ,LLC** | ☐ Contingent | |
| | **c/o David W. Wagner** | ☐ Unliquidated | |
| | **55 Downing Street** | ☐ Disputed | |
| | **East Greenwich, RI 02818** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Downing Investment Partners, LP | Case number (if known) | **18-11423** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cornelius Colley**
**31 Brookville Road**
**Brookville, NY 11545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Hilderbrand**
**Equity Trust Company**
**6054 Toscana Loop**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Kiderman**
**240 E. 82nd Street, #5E**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Stalder**
**Equity Trust Company**
**1900 Highgate Road**
**Upper St. Clair, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David W. Wagner**
**55 Downing Street**
**East Greenwich, RI 02818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Debra Lang**
**7640 Crosswind Court**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dennis Doane**
**Equity Trust Company**
**3760 Casey Key Road**
**Nokomis, FL 34275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Downing Investment Partners, LP | Case number (if known) | 18-11423 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Dinhduy Tran**<br>**77 Grove Road**<br>**Andover, MA 01810** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Doug Regula**<br>**1137 Hedgerow Drive**<br>**Garnet Valley, PA 19060** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Downing Acquisition**<br>**Partners, LLC**<br>**590 Madison Avenue, 21st Floor**<br>**New York, NY 10022** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Downing Partners, LLC**<br>**c/o David W. Wagner**<br>**55 Downing Street**<br>**East Greenwich, RI 02818** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Edward Howley**<br>**2146 Cricket Lane**<br>**Columbiana, OH 44408** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Edward J. Stefanides**<br>**Equity Trust Company**<br>**535 North Briarcliff Drive**<br>**Canfield, OH 44406** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Eric Hassman**<br>**211 Stewart Street**<br>**Greenville, SC 29605** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Downing Investment Partners, LP | Case number (if known) | 18-11423 |
|---|---|---|---|
| | Name | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Frank Sicilia**
**645 Vincent Avenue**
**Bronx, NY 10465**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.27**

**Nonpriority creditor's name and mailing address**

**George Robbie**
**340 Fallen Leaf Lane**
**Roswell, GA 30075**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Glen Haufler**
**8 Walnut Street**
**Acton, MA 01720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Greg Auda**
**Equity Trust Company**
**P.O. Box 99**
**Birchrunville, PA 19421**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Gregory C. Siuciak**
**Equity Trust Company**
**265 Thorn Street**
**Sewickley, PA 15143**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Hanover Sq. Capital PartnerLP**
**c/o David W. Wagner**
**55 Downing Street**
**East Greenwich, RI 02818**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Harold Strandquist**
**1056 East Highway 96**
**Saint Paul, MN 55127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Downing Investment Partners, LP | Case number (if known) | 18-11423 |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Henry Howard
1200 Brickell Avenue
Suite 310
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

James McAvinn
5 Woods Avenue
Stanhope, NJ 07874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jan Mosholt
Equity Trust Company
7041 Copperleaf Place
Cary, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jarrod Brett Raper
Equity Trust Company
56 Hancock Road
Franklin, MA 02038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jay Pila
JP Holdings LLC
21 Rockage Road
Warren, NJ 07059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jeffrey Rice
46 Highland Road
Boxford, MA 01921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Jim Fries
101 Aaron Way
North Wales, PA 19454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Downing Investment Partners, LP** | Case number (if known) | **18-11423** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John Hart**
**5810 Ridings Manor Place**
**Centreville, VA 20120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John Henesey**
**48 Cottage Street**
**Hingham, MA 02043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jonathan Cutler**
**11409 Marcliff Road**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Wesley**
**Taft Service Solutions**
**425 Walnut Street, Suite 1800**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ken Stephens**
**3411 Brentwood**
**Colleyville, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Conlon**
**483 E. Highway 56**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leonard Mancini**
**7484 Morelli Avenue**
**Brooksville, FL 34613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Downing Investment Partners, LP** | Case number (if known) | **18-11423** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Louis Houff**
**285 Grove Park Road**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lynnea Raper**
**The Entrust Group**
**56 Hancock Road**
**Franklin, MA 02038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marc Lawrence**
**c/o Kevin M. Daley**
**1383 Warwick Avenue**
**Warwick, RI 02888**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Margaret and David Abernethy**
**Equity Trust Company**
**31319 Timothy's Trail**
**Conifer, CO 80433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Miller**
**2106 Colina Del Arco Iris**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Matthew Decker**
**4708 Clipper Drive**
**Bradenton, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael E. Bee**
**Trust Dated 10/20/03**
**2516 Marlboro Road**
**Cleveland, OH 44118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Downing Investment Partners, LP | Case number (if known) | 18-11423 |
|---|---|---|---|
| | Name | | |

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Michael Grumbine
1319 Bernardo CT NE
Albuquerque, NM 87113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | | **Unknown**

Michael Shaut
Trust dated November 30, 2001
16250 Aldersyde Drive
Cleveland, OH 44120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | | **Unknown**

Paul Giroux
41 Horseshoe Road
Windham, NH 03087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | | **Unknown**

Pedro Alcantara
13014 Silverleaf Court
Plainfield, IL 60585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | | **Unknown**

Ponce Kenton
Equity Trust Company
7444 Augusta Drive
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | | **Unknown**

Raymond Childress
1341 Gulfport Run
Grayson, GA 30017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | | **Unknown**

Richard L. Buckingham
28436 Sombrero Drive
Bonita Springs, FL 34135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Downing Investment Partners, LP** | Case number (if known) | **18-11423** |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rob Kloecker**
**535 East North Avenue**
**Lake Bluff, IL 60044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ronald Page**
**82 Crestone Way**
**Castle Rock, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan Detzel**
**5489 Turnberry Lane**
**Cleveland, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott Lehigh**
**219 Meadowfield Lane**
**Clairton, PA 15025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shane Hawes**
**c/o Christopher DeVito**
**623 W. St. Clair Avenue**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sofia Rexach**
**48 Sargeant Avenue**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephen and Lindsay Forden**
**525 Mercer Road**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Downing Investment Partners, LP** | Case number (if known) | **18-11423** |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Surgical Safety Solutions, LLC**
**c/o David W. Wagner**
**55 Downing Street**
**East Greenwich, RI 02818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Thomas & Melissa Fitzpatrick**
**Revocable Living Trust**
**909 Bayberry Drive**
**Chapel Hill, NC 27517**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Thomas Hickman**
**107 Duckwood Lane**
**Cary, NC 27511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Timothy A. Caver**
**Equity Trust Company**
**10 Iron River Court**
**Missouri City, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Vince Schuessler**
**3333 Gulf Shore Boulevard**
**North #5**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Viresh Sitapara**
**600 Calumet Court**
**Florence, SC 29501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Warner C. Pyne III**
**162 Center Road**
**Woodbridge, CT 06525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Downing Investment Partners, LP** | Case number (if known) | **18-11423** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wesley Holdings Limited**
**30100 Chagrin Boulevard**
**Suite 301**
**Pepper Pike, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William R. Koch**
**Equity Trust Co. Custodian**
**414 Haverford Avenue**
**Marbeth, PA 19072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William W. Murfey**
**FBO Mary V. Murfey**
**200 Public Square, Suite 2005**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **3si Systems, LLC**<br>**590 Madison Avenue**<br>**21st Floor**<br>**New York, NY 10022** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Charles A. Pisaturo, Esq.**<br>**1055 Elmwood Avenue**<br>**Providence, RI 02907** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Marc Lawrence**<br>**35 Lyonia Lane**<br>**Santa Rosa Beach, FL 32459** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Matthew McGowan, Esq.**<br>**321 South Main Street**<br>**Suite 301**<br>**Providence, RI 02903** | Line **3.75**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Michael A. VanNiel, Esq.**<br>**127 Public Sq., Suite 2000**<br>**Cleveland, OH 44114** | Line **3.75**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Russell Raskin, Esq.**<br>**Raskin & Berman**<br>**116 East Manning Street**<br>**Providence, RI 02906** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Downing Investment Partners, LP** | Case number (if known) | **18-11423** |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name    **Downing Investment Partners, LP**

United States Bankruptcy Court for the:    DISTRICT OF RHODE ISLAND

Case number (if known)    **18-11423**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Downing Investment Partners, LP**

United States Bankruptcy Court for the:    DISTRICT OF RHODE ISLAND

Case number (if known)    **18-11423**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **3si Systems, LLC** | **c/o Sanford P. Rosen**<br>**747 Third Avenue**<br>**New York, NY 10017** | **Jay Pila** | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.2 | **3si Systems, LLC** | **c/o Sanford P. Rosen**<br>**747 Third Avenue**<br>**New York, NY 10017** | **John Hart** | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.3 | **Andrew Hatch** | **19 Andrea Lane**<br>**Norwich, CT 06360** | **John Hart** | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.4 | **Brett Giffin** | **Equity Trust Company**<br>**46 Lake Drive**<br>**Mountain Lakes, NJ 07046** | **John Hart** | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |

| Debtor | **Downing Investment Partners, LP** | | Case number *(if known)* | **18-11423** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Cliniflow Technologies ,LLC** | c/o David W. Wagner<br>55 Downing Street<br>East Greenwich, RI 02818 | **John Hart** | ☐ D _____<br>■ E/F ___3.40___<br>☐ G _____ |
| 2.6 | **Cliniflow Technologies ,LLC** | c/o David W. Wagner<br>55 Downing Street<br>East Greenwich, RI 02818 | **Paul Giroux** | ☐ D _____<br>■ E/F ___3.56___<br>☐ G _____ |
| 2.7 | **David W. Wagner** | 55 Downing Street<br>East Greenwich, RI 02818 | **Jay Pila** | ☐ D _____<br>■ E/F ___3.37___<br>☐ G _____ |
| 2.8 | **David W. Wagner** | 55 Downing Street<br>East Greenwich, RI 02818 | **John Hart** | ☐ D _____<br>■ E/F ___3.40___<br>☐ G _____ |
| 2.9 | **David W. Wagner** | 55 Downing Street<br>East Greenwich, RI 02818 | **Ken Stephens** | ☐ D _____<br>■ E/F ___3.44___<br>☐ G _____ |
| 2.10 | **David W. Wagner** | 55 Downing Street<br>East Greenwich, RI 02818 | **Paul Giroux** | ☐ D _____<br>■ E/F ___3.56___<br>☐ G _____ |
| 2.11 | **Doug Regula** | 1137 Hedgerow Drive<br>Garnet Valley, PA 19060 | **Paul Giroux** | ☐ D _____<br>■ E/F ___3.56___<br>☐ G _____ |
| 2.12 | **Downing Partners, LLC** | c/o David W. Wagner<br>55 Downing Street<br>East Greenwich, RI 02818 | **Jay Pila** | ☐ D _____<br>■ E/F ___3.37___<br>☐ G _____ |

| Debtor | **Downing Investment Partners, LP** | | Case number *(if known)* | **18-11423** |

---

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.13 | **Downing Partners, LLC** | c/o David W. Wagner<br>55 Downing Street<br>East Greenwich, RI 02818 | **John Hart** | ☐ D ____<br>■ E/F ___**3.40**<br>☐ G ____ |
| 2.14 | **Downing Partners, LLC** | c/o David W. Wagner<br>55 Downing Street<br>East Greenwich, RI 02818 | **Paul Giroux** | ☐ D ____<br>■ E/F ___**3.56**<br>☐ G ____ |
| 2.15 | **Edward J. Stefanides** | Equity Trust Company<br>535 North Briarcliff Drive<br>Canfield, OH 44406 | **John Hart** | ☐ D ____<br>■ E/F ___**3.40**<br>☐ G ____ |
| 2.16 | **Greg Auda** | Equity Trust Company<br>P.O. Box 99<br>Birchrunville, PA 19421 | **John Hart** | ☐ D ____<br>■ E/F ___**3.40**<br>☐ G ____ |
| 2.17 | **Hanover Sq. Capital PartnerLP** | c/o David W. Wagner<br>55 Downing Street<br>East Greenwich, RI 02818 | **John Hart** | ☐ D ____<br>■ E/F ___**3.40**<br>☐ G ____ |
| 2.18 | **Jeffrey Rice** | 46 Highland Road<br>Boxford, MA 01921 | **John Hart** | ☐ D ____<br>■ E/F ___**3.40**<br>☐ G ____ |
| 2.19 | **Marc Lawrence** | c/o Kevin M. Daley<br>1383 Warwick Avenue<br>Warwick, RI 02888 | **John Hart** | ☐ D ____<br>■ E/F ___**3.40**<br>☐ G ____ |

---

| Debtor | **Downing Investment Partners, LP** | | Case number *(if known)* | **18-11423** |
|---|---|---|---|---|

---

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.20 | **Michael Grumbine** | 1319 Bernardo CT NE<br>Albuquerque, NM 87113 | **John Hart** | ☐ D _____<br>■ E/F  **3.40**<br>☐ G _____ |
| 2.21 | **Richard L. Buckingham** | 28436 Sombrero Drive<br>Bonita Springs, FL 34135 | **John Hart** | ☐ D _____<br>■ E/F  **3.40**<br>☐ G _____ |
| 2.22 | **Stephen and Lindsay Forden** | 525 Mercer Road<br>Princeton, NJ 08540 | **John Hart** | ☐ D _____<br>■ E/F  **3.40**<br>☐ G _____ |
| 2.23 | **Surgical Safety Solutions, LLC** | c/o David W. Wagner<br>55 Downing Street<br>East Greenwich, RI 02818 | **Jay Pila** | ☐ D _____<br>■ E/F  **3.37**<br>☐ G _____ |
| 2.24 | **Wagner Family Trust** | c/o David W. Wagner<br>55 Downing Street<br>East Greenwich, RI 02818 | **Ken Stephens** | ☐ D _____<br>■ E/F  **3.44**<br>☐ G _____ |
| 2.25 | **Wagner Family Trust** | c/o David W. Wagner<br>55 Downing Street<br>East Greenwich, RI 02818 | **John Hart** | ☐ D _____<br>■ E/F  **3.40**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Downing Investment Partners, LP**

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known)   **18-11423**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Downing Investment Partners, LP** | Case number *(if known)* **18-11423** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jay Pila v. Surgical Safety Solutions, 3si Systems, Downing Partners, Downing Investment Partners, David Wagner**<br>**2017-650708** | **Lawsuit** | **New York Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Shane Hawe v. 3si Systems (f/k/a Downing Health Technologies), Downing Partners, DIP, LP, Lawrence, Shaut, David W. Wagner**<br>**CV-16-857599** | **Lawsuit** | **Ohio State Court**<br>**65 South Front Street**<br>**Columbus, OH 43215** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Glenn Haufler v. 3si Systems (f/k/a Downing Health Technologies), Downing Partners, DIP, LP, Giffin, Shaut, David W. Wagner**<br>**17-3362** | | **Middlesex County Superior Court**<br>**360 Gorham Street**<br>**Lowell, MA 01852** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Downing Investment Partners, LP**                                      Case number *(if known)*   **18-11423**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Kiderman, Detzel, Hidderbrand, Miller v. 3si Systems, LLC, DIP, LP; Downing Partners, LLC; IVC, Mike Shaut; Greg Auda; Richard Buckingham; Jeff Rice; Marc Lawrence; Brett Giffin; David W. Wagner**<br>**16-CV-04040** | **Lawsuit** | **New York Southern District Court**<br>**500 Pearl Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Wesley Holdings v. Surgical Safety Solutions; 3si Systems, LLC; Downing Investment Partners, LP; Downing Partners, LLC; DDHG; CliniFlow Technologies, LLC; Hanover Square Capital Partners, LP; David W. Wagner**<br>**USDC-SD-NY-17-CV-3362** | **Lawsuit** | **New York Southern District Court**<br>**500 Pearl Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Decker et al v. CliniFlow Technologies; Downing Partners; Downing Investment Partners, LP; Hanover Square Capital Partners, LP; Lawrence; Buckingham; Shaut; David W. Wagner** | **Arbitration** | **New York Arbitration Court**<br>**150 E. 42nd Street**<br>**New York, NY 10017** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Stephens, Ken v. Downing Investment Partners, LP; Wagner Family Trust; David Wagner**<br>**1681-cv-3302** | **Lawsuit** | **Suffolk County Superior Court**<br>**3 Pemberton Square**<br>**Boston, MA 02108** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. **Giroux/Regula vs. Downing Investment Partners, LP; Downing Partners, LC; IVC; Cliniflow Technologies; David W. Wagner** | **Lawsuit** | **Delaware State Court**<br>**500 North King Street #3500**<br>**Wilmington, DE 19801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Downing Investment Partners, LP** | Case number *(if known)* **18-11423** |
|---|---|---|

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | 1% of MedRobotics stock sold to satisfy Arbitration Award entered in Supeior Court for New Castle County Delaware with estimated balance of $1.9 million; Asset's estimated value between $6 and 7 million | | |
| | **Unknown Party** | | **Summer 2017** | **$1,900,000.00** |
| | Relationship to debtor | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

Debtor    **Downing Investment Partners, LP**                   Case number (*if known*)  **18-11423**

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **The Gardens Office Park** **1350 Division Road** **Suite 205** **West Warwick, RI 02893** | **2016-December 2017** |

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

| Debtor | **Downing Investment Partners, LP** | Case number *(if known)* **18-11423** |
|---|---|---|

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **PODs Storage Facility 185 Compass Circle North Kingstown, RI 02852** | **Hanover Square Capital Partners, LP** | **Miscellaneous office equipment, books and records** | ■ No ☐ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

---

Debtor    **Downing Investment Partners, LP**                                    Case number (if known) **18-11423**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **MedRobotics, Inc.** | **Medical Technology<br>1% Interest** | **EIN:**<br><br>**From-To    Unknown** |
| 25.2.    **3si Systems, LLC<br>c/o David Wagner<br>55 Downing Street<br>East Greenwich, RI 02818** | | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Bloom Shapiro<br>50 Holden Street<br>Providence, RI 02908** | **Accountant; Dates<br>of Service:<br>Unknown** |
| 26a.2.    **Growth Lab Financial Services<br>Attn: Dan Gertrudes<br>145 Globe Street<br>Fall River, MA 02724** | **Bookkeeper; Dates<br>of Service:<br>Unknown** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **David W. Wagner<br>55 Downing Street<br>East Greenwich, RI 02818** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Downing Investment Partners, LP**                                    Case number (if known) **18-11423**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Hanover Sq. Capital Partners LP** | **c/o David W. Wagner**<br>**55 Downing Street**<br>**East Greenwich, RI 02818** | **992, 821 Units** | **79.04%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Michael Shaut** | **Trust dated November 30, 2001**<br>**16250 Aldersyde Drive**<br>**Cleveland, OH 44120** | **111,895 Units** | **8.91%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Marc Lawrence** | **35 Lyonia Lane**<br>**Santa Rosa Beach, FL 32459** | **5,000 units** | **0.40%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Richard L. Buckingham** | **28436 Sombrero Drive**<br>**Bonita Springs, FL 34135** | **4,650 Units** | **0.37%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Brett Giffin** | **Equity Trust Company**<br>**46 Lake Drive**<br>**Mountain Lakes, NJ 07046** | **7,610 Units** | **0.61%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Greg Auda** | **Equity Trust Company**<br>**P.O. Box 99**<br>**Birchrunville, PA 19421** | **7,610 Units** | **0.61%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Glenn Haufler** | **8 Walnut Street**<br>**Acton, MA 01720** | **7,610 Units** | **0.61%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Lynnea Raper** | **The Entrust Group**<br>**56 Hancock Road**<br>**Franklin, MA 02038** | **3,110 Units** | **0.25%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Jarrod Brett Raper** | **Equity Trust Company**<br>**56 Hancock Road**<br>**Franklin, MA 02038** | **3,740 Units** | **0.30%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **William R. Koch** | **Equity Trust Co. Custodian**<br>**414 Haverford Avenue**<br>**Marbeth, PA 19072** | **5,155 Units** | **0.41%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Timothy A. Caver** | **Equity Trust Company**<br>**10 Iron River Court**<br>**Missouri City, TX 77459** | **4,124 Units** | **0.33%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Ronald Page** | **82 Crestone Way**<br>**Castle Rock, CO 80108** | **13,700 Units** | **1.09%** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Downing Investment Partners, LP**                    Case number *(if known)* **18-11423**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael E. Bee | Truste Dated 10/20/03<br>2516 Marlboro Road<br>Cleveland, OH 44118 | 3,425 Units | 0.27% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| William W. Murfey | FBO Mary V. Murfey<br>200 Public Square, Suite 2005<br>Cleveland, OH 44114 | 27,400 Units | 2.18% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| CAC, LLC | 4350 Lajolla Village Drive<br>Suite 320<br>San Diego, CA 92122 | 27,400 Units | 2.18% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| 3si Systems, LLC | c/o David Wagner<br>55 Downing Street<br>East Greenwich, RI 02818 | 20,875 Units | 1.66% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Downing Partners, LLC | c/o Steven Jesser, Esq.<br>2700 Patriot Blvd., Suite 250<br>Glenview, IL 60026 | 10,000 Units | 0.80% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **Downing Investment Partners, LP**                                    Case number *(if known)*   **18-11423**

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 28, 2018**

**/s/ Stacy B. Ferrara**                                     **Stacy B. Ferrara**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Court Appointed Trustee**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes