### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In Re: David W. Wagner

Debtor(s)

BK No. 1:18–bk–10071

Chapter 7

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
#### (this relates to Document # 16)

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 16); filed by Deutsche Bank National Trust Company ; and after hearing,

IT IS HEREBY ORDERED that for the reasons stated by the Court in its bench decision, are incorporated herein by reference:

(1) Deutsche Bank National Trust Company is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non–bankruptcy law with respect to:

55 Downing Street, East Greenwich, RI.

(2) The 14–day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **3/7/18**

Entered on Docket: **3/7/18**
Document Number: **24 – 16**

109.jsp