**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In Re: Kim Ziegelmayer

Debtor(s)

BK No. 1:17–bk–11357

Chapter 7

***ORDER GRANTING (doc# 30 ) TO EMPLOY PROFESSIONALS***
*Re: Application to Employ Peter J. Furness and Richardson, Harrington & Furness as Special Counsel*

The Application to Employ Professionals (doc.# 30 ) is HEREBY APPROVED, subject to the following: (1) This order is not a determination that the services are necessary; and (2) No fee agreement between the applicant and the person or entity being employed is binding on the court.

With the exception of applications to employ filed pursuant to 2014(e), any agreement for compensation between the Professional seeking employment and the Trustee, if applicable, shall not be binding on the Court, and to the extent that anything contained in the application deemed a request to pre–approve compensation is DENIED. Compensation of Professionals will be determined by the Court upon the filing of an appropriate fee application.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **2/5/19**

Entered on Docket: **2/5/19**
Document Number: **33 – 30**

Oappemployprof.jsp #103