B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Rhode Island

In re   **David W. Wagner**                                           Case No.   **18-10071**
                                          ·Debtor(s)                  Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................... $   **24,309.25**

    Prior to the filing of this statement I have received .................................................. $   **5,100.00**

    Balance Due ............................................................................................................. $   **19,209.25**

2.  The source of the compensation paid to me was:

    ■ Debtor      □ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

    **Debtor paid counsel $2,600 on March 28, 2018 and $2,500 on May 31, 2018. Additional services has been performed for which compensation has not yet been received.**

    **Debtor has signed a retainer agreement with additional provisions.**

    **This document is being re-amended to correct the amendment recently filed, which was incorrect.**

6.  · By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 1, 2018                              /s/ Russell D. Raskin, Esquire
*Date*                                        Russell D. Raskin, Esquire 1880
                                              *Signature of Attorney*
                                              Raskin & Berman
                                              116 East Manning Street
                                              Providence, RI 02906
                                              401-421-1369  Fax: 401-272-4467
                                              mail@raskinberman.com
                                              *Name of law firm*

/s/David W. Wagner