## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

**IN RE: DAVID W. WAGNER**                                **BK No. 18-10071**

**ERIC HASSMAN**

**VS.**                                                   **AP No. 18-01041**

**DAVID W. WAGNER**

### MOTION TO WITHDRAW AS COUNSEL

NOW COMES, Vincent A. Indeglia, Esq., (hereinafter "Counsel"), previously entered as counsel for David W. Wagner (hereinafter the "Wagner"), and hereby requests an Order from this Honorable Court granting Counsel's leave to withdraw as Counsel for Wagner in the above-referenced matter. As grounds for this Motion, Counsel asserts that the client has failed to meet his financial obligations.

Defendant,
David W. Wagner
By His Attorney

*/s/ Vincent A. Indeglia, Esq.*
Vincent A. Indeglia, Esq. (#4140)
**INDEGLIA & ASSOCIATES**
*Attorneys at Law*
The Summit East
300 Centerville Road, Suite 320
Warwick, RI  02886
(401) 886-9240
Fax: (401) 886-9241
Email: vincent@indeglialaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2019, I electronically filed the within Motion to Withdraw with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- Charles A. Pisaturo    Charlie@pisaturolaw.com, Jenn@pisaturolaw.necoxmail.com

and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, return receipt requested, the document electronically filed with the court to the following non CM/ECF participants:

David W. Wagner
55 Downing Street
East Greenwich, RI 02818

<u>/s/ Jennifer Puchala</u>