# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

In Re: David W. Wagner    Case Number: 1:18-bk-10071   Ch: 7

**MOVANT/APPLICANT/PARTIES:**

Scheduling Order (Doc. #297)
Memoranda of Law (Doc. ## 290, 303, 304, 305)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

After review of the interested parties' memoranda of law and based on the case law cited therein the Court concludes that an evidentiary hearing would be required to establish whether the Debtor's objections to the claims ("Claims Objections") were filed in bad faith and/or which parties should bear the burden of proof as to the Claims Objections. In light of the pending adversary proceedings, the Court will defer ruling on the merits of these issues relating to the Claims Objections, and will hold a pretrial conference on the Claims Objections, along with the pretrial conferences in certain of the adversary proceedings, on September 10, 2019 at 10:30 a.m., as previously ordered.

IT IS SO ORDERED:

_Diane Finkle_    Dated: 5/6/19

Diane Finkle, U.S. Bankruptcy Judge