Exhibit B

# EXHIBIT TO AMENDED & RESTATED STATEMENT OF FINANCIAL AFFAIRS: QUESTIONS #23 AND #27; and SCHEDULE B #19

All information based upon best recollection and review of available records and documentation

| Entity Name; Direct & Indirect David Wagner Ownership | Bank Accounts | Account balances as of 1/17/18 | Other Assets | Asset values as of 1/17/18 | Comments |
|---|---|---|---|---|---|
| **Directly Owned:** | | | | | |
| Downing Partners, LLC ("DP,LLC") [David Wagner ownership 100%] | Silicon Valley | $0.00 | Unpaid management compensation | $11,311,236.00 | Wagner's privately-owned consulting and management company; 100% owned by Wagner; unpaid compensation from 3 companies (Downing Investment Partners, 3sI, Surgical Safety); Management Services Agreements approved by minority shareholders and board of directors for all companies |
| | UBS | $11.00 | | | |
| David W. Wagner Revocable Trust u/t/d December 17, 2004 [Carol Wagner beneficiary 100%] | UBS | $0.00 | All David Wagner assets upon his demise | n/a | Revocable Trust established approximately 13 years prior to Filing Date to hold assets of David Wagner, upon his passing, for the benefit of his spouse |
| Wagner Family Real Estate Partners, LP ("WFREP") [David Wagner ownership ~15%] | Citizens | $0.00 | | n/a | Family private investment partnership; 100% owned by Wagner & immediate family |
| Hanover Square Capital Partners, LP ("HSCP") [David Wagner ownership ~25%] | | $0.00 | (1) 100% ownership Hanover Square Management; and (2) 21% ownership HSCP and its 80% ownership DILP and 95% ownership CFT | (1) $1.6 million from 100% ownership Hanover Square Management and its unpaid management comp; and (2) $9.2 million from ~20% ownership HSCP and its $46 million from 95% ownership CFT and CFT's 61% ownership 3sI Systems with valuation in June 2017 of $80 million | (1) $5.6 million from 80% ownership Downing investment Partners and its 1% ownership in Medrobotics; and (2) 95% ownership CliniFlow Technologies and its 61% ownership 3sI Systems |
| | Citizens | $0.00 | (1) 80% ownership Downing Investment Partners and its 1% ownership in Medrobotics; and (2) 95% ownership CliniFlow Technologies and its 61% ownership 3sI Systems | (1) $5.6 million from 80% ownership Downing Investment Partners based upon its 1% ownership in Medrobotics valued at minimum of $7 million; and (2) $46 million from 95% ownership CFT and CFT's 61% ownership 3sI Systems with valuation in June 2017 of $80 million | Family private Investment partnership; 100% owned by Wagner & immediate family; major assets seized and sold off at discounted valuations in questionable legal proceedings |
| | UBS | $0.90 | | | |
| **InDirectly Owned:** | | | | | |
| Hanover Square Management, LLC ("HSM") [WFREP ownership 100%; David Wagner ownership WFREP ~15%] | Citizens | $0.00 | Unpaid management compensation | $1,593,509.00 | Wagner family privately-owned consulting and management company; 100% owned by Wagner family; unpaid compensation from 3 companies (Downing Investment Partners, 3sI, Surgical Safety); Management Services Agreements approved by minority shareholders and board of directors for all companies |
| | UBS | $0.25 | | | |
| Downing Investment Partners, LP ("DILP") [HSCP ownership ~80%; David Wagner ownership HSCP ~25%] | Citizens | $0.00 | (1) 1% ownership in Medrobotics; 7% ownership in 3sI Systems; and Notes payable from pHase2 micro | (1) 1% ownership in Medrobotics, minimum value $7 million; (2) 7% ownership in 3sI $5.6 million with valuation in June 2017 of $80 million; and (3) Notes payable from pHase2 micro for $100,000 and $300,000 | Investment partnership; ~80% owned by Wagner family private investment partnership; major assets seized and sold off at discounted valuations in questionable legal proceedings. $15,000 of the $100,000 Note payable by pHase2 micro was recovered in March 2018, post-filing, and notice of pHase2 micro insolvency was subsequently received in July 2018. |
| | UBS | $0.00 | | | |
| | Silicon Valley | $0.00 | | | |
| Cardiorobotics, Inc. (Note: name changed to Medrobotics, Inc. years ago) [DILP owns ~1%; HSCP owns ~80% DILP; David Wagner ownership HSCP ~25%] | UBS | $0.00 | n/a | n/a | Surgical robotics company; small % owned by Downing Investment Partners; $7 million minimum valuation based upon outside expert valuation of Medrobotics Q1 2017; DE lawsuit seizure and sale of ownership constitutes fraudulent conveyance within 1 year of DILP Chapter 7 |
| | n/a | n/a | | | |
| 3sI Systems, LLC ("3sI") f/k/a "Downing Health Technologies, LLC" and f/k/a "Downing Digital Healthcare Group, LLC") [CFT] [DILP owns ~7%; HSCP owns ~80% DILP; David Wagner owns ~25% HSCP] [HSCP owns ~61%; HSCP owns ~25% CFT; David Wagner owns ~25% HSCP] | Silicon Valley | n/a | n/a | $80 million June 2017 (w/ subsidiary SSS) | Surgical voice-command company; assets seized and sold off at deep discounted value by order of NY SDP before underlying case could be litigated |
| | Citizens | $0.00 | | | |
| | UBS | $0.00 | | | |
| Surgical Safety Solutions, LLC ("SSS") [3sI owns ~31%; DILP owns ~7% 3sI; HSCP owns ~80% DILP; David Wagner owns ~25% HSCP] & [3sI owns ~61%; CFT owns ~95% 3sI; HSCP owns ~25% CFT; David Wagner owns ~25% HSCP] | Silicon Valley | n/a | n/a | $80 million June 2017 (w/ parent 3sI) | Surgical voice-command company; assets seized and sold off at deep discounted value by order of NY SDP before underlying case could be litigated |
| | Citizens | $0.00 | | | |
| Telephase Holdings, LLC ("Telephase") [DILP] [owns ~75%; HSCP owns ~80% DILP; David Wagner owns ~25% HSCP] | Citizens | $0.00 | n/a | n/a | Defunct holding company |
| Telecardia, Inc. ("Telecardia") [Telephase owns ~86%; DILP owns ~75% Telephase; HSCP owns ~80% DILP; David Wagner owns ~25% HSCP] | Citizens | $0.00 | n/a | n/a | Defunct technology company (microchips for medical use) |
| Phase 2 Micro Technologies, LLC ("pHase2") [DILP] [owns ~75%; HSCP owns ~80% DILP; David Wagner owns ~25% HSCP] | n/a | n/a | n/a | n/a | Defunct technology company (microchips for industrial use) |

| Entity | | Bank | Balance | Shares | | Description |
|---|---|---|---|---|---|---|
| CliniFlow Technologies, LLC ("CFT") ownership ~25%; David Wagner ownership HSCP ~25%] | HSCP | Citizens | $0.00 | n/a | n/a | Holding company; ~95% owned by Wagner family private investment partnership |
| | | UBS | $0.00 | | | |
| 3sI International, LLC (3sI Int'l") owns ~100%; DILP owns ~7% 3sI; HSCP owns ~80% DILP; David Wagner owns ~25% HSCP] & [3sI owns ~100%; CFT owns ~61% 3sI; HSCP owns ~95% CFT; David Wagner owns ~25% HSCP] | 3sI | Citizens | $0.00 | n/a | n/a | Surgical voice-command company; defunct subsidiary of 3sI Systems, LLC |
| Downing MedVentures, LLC ("MedVentures") ownership 100%; David Wagner ownership DP,LLC 100%] | DP,LLC | Citizens | $0.00 | n/a | n/a | Defunct family-owned company |
| JVC, LLC ("JVC") owns ~25% DILP; David Wagner owns ~25% HSCP] | HSCP | Citizens | $0.93 | n/a | n/a | Defunct speech recognition company formed by Downing Investment Partners, LP |
| Downing Acquisition Partners, LLC ("DAP") [DP,LLC ownership 100%; David Wagner ownership DP,LLC 100%] | | Citizens | $0.00 | n/a | n/a | Defunct family-owned company |
| **No Direct or InDirect Ownership:** | | | | | | |
| Wagner Family Irrevocable Education Trust | | Citizens | -$417.42 | n/a | unknown | Education trust for Wagner children established 2004 |
| Wagner Family 2013 Charitable Remainder Unit Trust | | None | n/a | 85,000 shares in Telecardia | n/a | Holds small number of shares in defunct technology company (microchips); never had bank account |
| Wagner Family 2012 Charitable Remainder Unit Trust | | None | n/a | 28,000 shares in Telecardia | n/a | Holds small number of shares in defunct technology company (microchips); never had bank account |